UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

    792 Restaurant Food Corporation

                              Debtor,

-----------------------------------------------------------x

**NOTICE OF APPEARANCE**

**21-42556-nhl**

To the Clerk of this Court and all parties of record:

    Please enter the appearance of John Troy, Esq. of Troy Law, PLLC as counsel in this case for Creditors CHANG YAN CHEN, PEI QIN LI and TROY LAW PLLC.

    Request is hereby made that all notices given or required to be given in this case and all pleadings, motions, and applications served or required to be served in this case be given to and served upon the undersigned. All documents can be mailed to the following address listed below:

    Troy Law PLLC
    41-25 Kissena Blvd., Suite 103
    Flushing, NY 11355

    I certify that I am admitted to practice in this Court.

Dated:    October 20, 2021
            Flushing, New York

                                              TROY LAW, PLLC

                                              By: /s/ John Troy
                                                  John Troy, Esq. (JT0481)
                                                  *Attorneys for Creditors*
                                                  41-25 Kissena Blvd., Suite 103
                                                  Flushing, NY 11355
                                                  Tel:  (718) 762-1324
                                                  Fax:  (718) 762-1342
                                                  johntroy@troypllc.com